FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 OCT 31 PM 3: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:08CR3138 |
| Plaintiff, ) | |
| -vs- ) | **ORDER** |
| JOSHUA LARSEN, ) | |
| Defendant. ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Nancy K. Peterson, as a Criminal Justice Act Training Panel Member, to assist in the defense of JOSHUA LARSEN.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Nancy K. Peterson is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Nancy K. Peterson shall not be eligible to receive compensation for his services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, JOSHUA LARSEN.

Dated: 10-31-08

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE