# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:08CR3138 |
| vs. | ) ) ) | DETENTION ORDER |
| JOSHUA LARSEN, | ) ) ) | PETITION FOR ACTION ON CONDITIONS OF |
| Defendant. | ) ) | SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

March 20, 2012                                        BY THE COURT:

                                                                    *s/Cheryl R. Zwart*
                                                                    United States Magistrate Judge